IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MOHAMMED ALAM, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:19-CV-22-LY |
| | § | |
| BMW OF NORTH AMERICA, LLC, | § | |
| DEFENDANT. | § | |

FILED
2020 AUG 17 PM 4:07
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

# FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date, the court rendered an order dismissing this case for lack of subject-matter jurisdiction. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

**IT IS FURTHER ORDERED** that the Defendant BMW of North America, LLC is awarded its costs of court.

SIGNED this __17th__ day of August, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE